JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GEORGE RODRIGUEZ, | Case No. CV13- 01819 FMO (PJWx) |
|---|---|
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE FERNANDO M. OLGUIN |
| v. | **ORDER DISMISSING FEDERAL COURT ACTION WITH PREJUDICE** |
| MV TRANSPORTATION, a California Corporation, and Does One through One Hundred inclusive, | **[FED.R.CIV.PROC. 41(A)]** |
| Defendants. | Complaint Filed: January 18, 2013 (Los Angeles Superior Court)<br>Trial Date: None Set |

**GOOD CAUSE APPEARING THEREFOR:**

After reviewing the Parties' Stipulation Dismissing Federal Court Action With Prejudice, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this entire action and each claim for relief therein is hereby **DISMISSED WITH PREJUDICE**. Each party shall bears his and its own costs and attorneys' fees associated with the prosecution and defense of this matter.

**SO ORDERED.**

Dated: September 11, 2015

_____/s/_____
HON. FERNANDO M. OLGUIN
U.S. DISTRICT COURT JUDGE

Firmwide:134217482.1 072247.1012